No. 81–1654. McCord v. Georgia. Sup. Ct. Ga. Certiorari denied.

No. 81–1655. Baldwin v. Minnesota Commissioner of Revenue. Sup. Ct. Minn. Certiorari denied.

No. 81–1657. Tomy Corp., a subsidiary of Tomy Kogyo, Inc. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied.

No. 81–1680. Andersen v. United States. C. A. 9th Cir. Certiorari denied.

No. 81–1696. Hawkins v. Equal Employment Opportunity Commission et al. C. A. 7th Cir. Certiorari denied.

No. 81–1702. Voorhies v. United States. C. A. 6th Cir. Certiorari denied.

No. 81–1705. Helgesen v. United States. C. A. 2d Cir. Certiorari denied.

No. 81–1709. Hawaiian Airlines, Inc. v. National Mediation Board et al. C. A. 9th Cir. Certiorari denied.

No. 81–1712. Martino et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 81–1713. Marquez v. United States. C. A. 2d Cir. Certiorari denied.

No. 81–1722. Draper v. Merit Systems Protection Board. C. A. 8th Cir. Certiorari denied.

No. 81–1725. Lebovitz v. United States. C. A. 3d Cir. Certiorari denied.